UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE ACOSTA, | No.  2:26-cv-0008 CKD P |
| Petitioner, | |
| v. | AMENDED ORDER[1] |
| RRM SACRAMENTO BOP, | |
| Respondent. | |

Petitioner, a federal prisoner, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has paid the filing fee.  Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer or a motion to dismiss.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Respondent is directed to file an answer or a motion to dismiss within thirty days from the date of this order.  If an answer is filed, respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.

/////

---

[1]  This order amended the court's February 23, 2026, order which had a typographical error.

1

2. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed; an opposition to a motion to dismiss is due within thirty days of service of the motion to dismiss.

Dated:  February 25, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/acos0008.100.2241(1)

2